# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JULIO GRANO                                                                                  PETITIONER

v.                                          NO. 2:09CV00069 JMM

T.C. OUTLAW, Warden,                                                                      RESPONDENT
Federal Correctional Complex,
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Thus, the Court orders the following: (1) that the "motion requesting case on abeyance" filed by petitioner Julio Grano ("Grano") is denied, see Document 7; (2) that the motion to dismiss filed by respondent T.C. Outlaw ("Outlaw") is granted, see Document 4; (3) that this proceeding is dismissed, and all requested relief is denied; and (4) that judgment will be entered for Outlaw.

IT IS SO ORDERED this <u>8th</u> day of <u>September</u>, 2009.

_____
UNITED STATES DISTRICT JUDGE