# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JULIO GRANO                                                                 PETITIONER


v.                                    NO. 2:09CV00069 JMM


T.C. OUTLAW, Warden,                                                       RESPONDENT
Federal Correctional Complex,
Forrest City, Arkansas


## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent T.C. Outlaw.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Julio Grano is dismissed; all requested relief is denied.

IT IS SO ORDERED this 8th day of September, 2009.


_____
UNITED STATES DISTRICT JUDGE